# EXHIBIT B



**Invoice**

| | |
|---|---|
| Number | QRCI1830 |
| Date | 04/05/21 |

**GSNT Solutions LLC**
18938 Labin Court Suite A201
P.  8004768269
F.  8004768269

| Sold To | Digital Egg Solutions | Ship To | Digital Egg Solutions |
|---|---|---|---|
| | Josh Grey | | Josh Grey |
| | 6310 e st rd 14 | | 6310 e st rd 14 |
| | Rochester, IN  46975 | | Rochester, IN  46975 |
| | P.   626 416 0080 | | P.   626 416 0080 |
| | F. | | F. |

Here is the quote you requested.

| Salesperson | P.O. Number | Terms |
|---|---|---|
| GSNT Sales Team | | |

| Line | Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1 | 70 | Intel CPU Skylake 1151 LGA Processor | $242 | $16,940 |
| | | | **Total** | **$16,940.00** |

**Notes:**
Please contact me if I can be of further assistance.