# EXHIBIT C

## Returning our deposit

From: Josh Gray (joshgrayvn@yahoo.com)

To:     jeric@gsntsolutions.com

Cc:     vito@gsntsolutions.com; charles@gsntsolutions.com; jives@sportsmansdeals.com; kosha@gsntsolutions.com

Date:  Saturday, April 17, 2021, 10:05 AM EDT

Jeric,

I have lost all faith in you and your team at this point. We keep getting the run around on when our 600 (XFX 5,700 RXT) cards will be delivered. You made many commitments on when the cards would be delivered, but none of representations were truthful.

This is basically fraud at this point in time. I made a deposit for $250,800 on March 2nd. 200 cards were to be delivered asap and then the remaining 400 cards within 2 weeks. This never happened and then you made new commitments on delivery dates. Your new time commitments fell through again.

I was hoping to have a long term relationship. But, that is not possible when you cannot get basic and truthful answers from your organization.

In addition, it just came to my attention that the CPU's you secured for us were used and do not have coolers. Both these points should of been disclosed to us.

Please return our deposit at this point and time, if you cannot deliver the cards by next week.

I have had several discussion with one of my college wrestling teammates who is a top FBI agent. He feels that there could be some fraud going on here.

It just makes no sense that your organization can't give clear answers on the location and/or the status of our cards. You told me they were shipped to us several times but in fact that was not the case.

Just let us no how you plan on resolving the issue. At this point, we really wanted the cards, but getting our money back and parting ways is fine.

Thanks!

Josh