# EXHIBIT D

## GSNT Prepayment Summary

From: Josh Gray (joshgrayvn@yahoo.com)

To: jeric@gsntsolutions.com; lyntech@rtcol.com; emurren@sportsmansdeals.com; charles@gsntsolutions.com; kosha@gsntsolutions.com; vito@gsntsolutions.com; jives@sportsmansdeals.com

Date: Friday, June 4, 2021, 11:04 AM EDT

Jeric,

Please see the attached worksheet below that outlines our prepayment balance remaining with GSNT. I am respectfully asking for a full refund of the remaining prepayment balance immediately. It has been over 3 months since we prepaid for the purchase of 600 XFX 5700 XT cards. Please see the attached purchase order below.

Your organization made several misrepresentations on multiple occasions and ultimately failed to deliver the cards as promised and agreed to according to the purchase order. You said many times that the 5,700 cards were on there way, but nothing ever showed up. You even went so far to send fraudulent shipping slips that were not real related to these cards

Then you have been scrambling to get other types of GPU cards to avoid returning our prepayment. But, you have failed on all those fronts as well.

None of the new deals for the other cards you presented have the economic benefit to us (as the agreed upon purchase order that induced us to make the large prepayment). In addition, we have no confidence in your organization to deliver on any POs at this point. We made the prepayment for those specific cards 5,700 cards. You have failed to deliver on our PO. It is now time to return our money or deliver the 5700 cards.

If our remaining prepayment balance of $122,162 is not returned in full by the end of next week, we will be forced to take legal action and contact the PA attorney general's office (about all the misrepresentations that have occurred here).

Respectfully,

Josh Gray


GSNT Prepayment Summary.xlsx
9.6kB


InvoiceQRC1770 Digital Egg Solutions 600 QTY XFX 5700 030821.pdf
45.2kB

## GSNT Prepayment Summary

| Transaction Description | Date | Amount |
|---|---|---|
| Wire to GSNT | 3/2/2021 | $ 250,800.00 |
| 70 Intel Skylake 1151 Processors | 4/12/2021 | $ (16,922.00) |
| GSNT Refund via wire | 4/22/2021 | $ (101,156.00) |
| 4 Model 580 GPU's | | $ (1,360.00) |
| 7 Model 2080 GPU's | | $ (9,200.00) |
| **Remaining Prepayment Balance** | | **$ 122,162.00** |

**GSNT Solutions LLC**
18938 Labin Court Suite A201
City of Industry, CA 91748
USA

# GSNT SOLUTIONS LLC

**Digital Egg Solutions**
Josh Grey
6310 e st rd 14
Rochester, IN 46975

| | |
|---|---|
| Invoice Number | QRCQ1770 |
| Date | Jan 8, 2021 |
| Total | $250,800.00 |

| Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 600 | XFX 5700 XT | $418.00 | $250,800.00 |

| | |
|---|---|
| SubTotal | $250,800.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Total | $250,800.00 |

'ease contact me if I can be of further assistance.

Questions about this Invoice? Please call: 909.407.0722

# PAYMENT STUB

**GSNT Solutions LLC**
18938 Labin Court Suite A201
City of Industry, CA 91748
USA

| | |
|---|---|
| Customer Name | Josh Grey |
| Invoice Number | QRCQ1770 |
| Due Date | |
| Total | $250,800.00 |
| Amount Enclosed | |

On Friday, June 11, 2021, 11:03:15 AM EDT, Josh Gray <joshgrayvn@yahoo.com> wrote:

We made a $250,000 payment on March 2nd for 600 XFX 5700 XT cards (at $418 per card). They were to be delivered within 2 weeks. It has been over 3 months and July 1st would make it 4 months and we have not received the cards yet.

Etherium 2.0 is set to launch at the end of the year which will whip out GPU mining. In addition, 5199 is being launched in July reducing the amount of rewards being paid to miners miners around 30%.

So your in-ability to fulfill the PO in a timely manner has really cost us a lot of profit and will make the purchase unprofitable now. We are not interested in buying anything from you at this point and just want our money returned. We also spent $17,000 on CPU's that are useless now because no GPU cards showed up. So we have to eat that loss as well.

Please do the right thing and return our prepayment. You would need to deliver 292 XFX 5700 XT at $418 a piece to asap to use all our prepayment. We both know you cannot do that.

This price is very high now as well because we only have 5 months to mine before ETH 2.0.

If you would of delivered the order on time at the agreed upon price, we would have been fine, but now we are in harms way.

Thanks!

Josh