# EXHIBIT E

On Friday, July 2, 2021, 02:10:00 PM EDT, Josh Gray <joshgrayvn@yahoo.com> wrote

Jeric,.

Where is our refund? You need to return our funds it has been 4 months. You cannot just keep our cash.

You have been completely uncommunicative of your intentions to return our money.

You have our money and will not even answer or return calls.

This is not acceptable.

Please give us a update on our funds.

Thanks!

Josh