# EXHIBIT F

**From:** Josh Gray <joshgrayvn@yahoo.com>
**Sent:** Friday, July 16, 2021 11:02 AM
**To:** jeric@gsntsolutions.com
**Cc:** 'lyntech Lyntech Engineering Inc' <lyntech@rtcol.com>; emurren@sportsmansdeals.com; charles@gsntsolutions.com; kosha@gsntsolutions.com; 'Jim Ives' <jives@sportsmansdeals.com>; Ivan.I.Lee (nab2b.usca07.NeweggBusiness) 27124 <ivan.i.lee@neweggbusiness.com>
**Subject:** Re: GSNT Prepayment Summary

Jeric and Charles,

This is absolutely ridiculous and and goes well beyond just being unprofessional. You guys will not even respond or communicate with us about returning our money.

Jeric can no longer be reached through email or the cell. So I called Charles last week.

Charles assured me last week that our refund was being processed and he would call me back with an update. I really appreciated the fact that Charles took my call.

However, I have not heard back from Charles or Jeric and I can't reach either one of them now.

Can you guys please give us a update?

This is getting to a point where more aggressive action will be taken on our side, if we do not have a response and resolution by the end of next week.

Thanks!

Josh