# EXHIBIT G

Charles,

We really appreciate you getting the refund paperwork. We will get this back to you today.

Thanks again!

Josh

On Monday, July 19, 2021, 12:37:27 PM EDT, charles@gsntsolutions.com <charles@gsntsolutions.com> wrote:

Hi Josh,

As we discussed, please review refund form and fill out at your convenience to begin refund process. Thank you.



**Charles Yanez | Director of Sales**

Email: Charles@gsntsolutions.com

Direct:+1(323) 371-1522 | M-F 8:30-5:30PM PST

18938 Labin Court Suite A201, City of Industry CA, 91748

We are proud to support

     

Outside of GSNT Solutions, LLC is not intended to waive either such privilege. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that you are not authorized to read, use, retain, disseminate, distribute, print or copy this e-mail message or any