# EXHIBIT H

GRNT
SOLUTIONS
LLC

## BUSINESS REFUND REQUEST FORM

| Date: | 7/19/2021 | Address: | 6310 E. State Rd 14 |
|---|---|---|---|
| Faculty/Service: | 600 XFX 5700 XT GPU's | | Rochester, IN 46975 |
| Name: | Digital Egg Solutions | | |
| Account: | | Phone: | 717-329-9221 |
| Alt: | | E-Mail: | joshgrayvn@yahoo.com |
| GT Order No: | QRCQ 1770 | Transaction Date: | 3/2/2021 |

### REFUND REASON

| | |
|---|---|
| Duplicate Payment | ☐ |
| Overpayment | ☐ |
| Incorrect Invoice | ☐ |
| Unable to Supply Goods/Services | ☒ |
| Other (please list) | ☐ |

### REFUND BREAKDOWN

| | |
|---|---|
| Liability | $ 250,800.00 |
| Amount Credited | $ 27,482.00 |
| Total Due | $ 223,318.00 |
| Total Paid | $ 101,156.00 |
| Refund due | $ 122,162.00 |

Authorised by Faculty/Department: *[signed]*, CEO
Print Name: Josh Gray
Date: 7/19/2021

## FINANCE DEPT USE ONLY

### REFUND DETAILS

| Refund Method | | Supportworks | |
|---|---|---|---|
| Original Rec/Doc No. | | < $5000 Approved Signatory | |
| Online Order ID | | Approved Signatory | |
| G/L Indicator(s) | | | |

| Beneficiary Name | | Auth by Finance Signatory | |
|---|---|---|---|
| Bank Name | | Entered by | |
| Bank Account | | Transmitted by | |
| Bank Sort Code | | Date Transmitted | |

| Refund Document No. | |
|---|---|