# EXHIBIT I

Re: GSNT Prepayment Summary

From: Josh Gray (joshgrayvn@yahoo.com)

To: jeric@gsntsolutions.com; charles@gsntsolutions.com; emurren@sportsmansdeals.com

Cc: lyntech@rtcol.com; kosha@gsntsolutions.com; jives@sportsmansdeals.com

Date: Tuesday, August 3, 2021, 11:12 AM EDT

Charles and Jeric,

Please give us a update on the refund. I cannot believe you are treating us this badly and keeping our money.

No one in your organization will even take calls or return emails now.

Was the refund request form just another stall tactic?

Please advise on the status of our refund.

> On Sunday, July 25, 2021, 03:45:39 PM EDT, Josh Gray <joshgrayvn@yahoo.com> wrote:
>
> Charles,
>
> I hope you are having a great weekend. I wanted to check on the status of our refund request.
>
> Thanks in advance for all you support to process the refund.
>
> Josh
>
> On Monday, July 19, 2021, 03:13:14 PM EDT, <emurren@sportsmansdeals.com> wrote:
>
>
> Good afternoon Charles,
>
>
> Attached is the completed Refund Request form for Digital Egg along with our wire instructions.
>
>
> Please let me know if you have any questions.
>
>
> Thanks,
>
> Ed Murren
> CFO