# EXHIBIT A

**GSNT Solutions LLC**
18938 Labin Court Suite A201
City of Industry, CA 91748
USA

# GSNT SOLUTIONS LLC

**Digital Egg Solutions**
Josh Grey
6310 e st rd 14
Rochester, IN 46975

| | |
|---|---|
| Invoice Number | QRCQ1770 |
| Date | Jan 8, 2021 |
| **Total** | **$250,800.00** |

| Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 600 | XFX 5700 XT | $418.00 | $250,800.00 |

| | |
|---|---|
| SubTotal | $250,800.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| **Total** | **$250,800.00** |

ease contact me if I can be of further assistance.

Questions about this Invoice? Please call: 909.407.0722

# PAYMENT STUB

**GSNT Solutions LLC**
18938 Labin Court Suite A201
City of Industry, CA 91748
USA

| | |
|---|---|
| Customer Name | Josh Grey |
| Invoice Number | QRCQ1770 |
| Due Date | |
| **Total** | **$250,800.00** |
| Amount Enclosed | |