# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DIGITAL EGG INVESTMENTS, LLC

                              Plaintiff,

    v.

GREEN STANDARD NEW TECHNOLOGY
SOLUTIONS, LLC, JERIC S. DEVELA,
and CHARLES YANEZ,

                         Defendants.

Civil Action – Law

No. 21cv1762

**ENTRY OF DEFAULT AGAINST GREEN STANDARD**
**NEW TECHNOLOGY SOLUTIONS, LLC**

It appearing that Defendant, Green Standard New Technology Solutions, LLC ("Defendant"), was served with process on November 1, 2021 and November 3, 2021, and it further appearing that Defendant has failed to answer the Complaint, and it appearing that the time to so answer has expired,

NOW THEREFORE, it is hereby certified that default by Defendant, Green Standard New Technology Solutions, LLC is entered pursuant to Rune 55(a) of the Federal Rules of Civil Procedure.

          Clerk, U.S. District Court for the Middle District of Pennsylvania

          By: PETERWELSH

          Date: 12/21/21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DIGITAL EGG INVESTMENTS, LLC

                    Plaintiff,

    v.

GREEN STANDARD NEW TECHNOLOGY
SOLUTIONS, LLC,  JERIC S. DEVELA,
and CHARLES YANEZ,

                  Defendants.

Civil Action – Law

No. 21cv1762

## ENTRY OF DEFAULT AGAINST JERIC S. DEVELA

It appearing that Defendant, Jeric S. Devela ("Defendant"), was served with process on October 21, 2021, and it further appearing that Defendant has failed to answer the Complaint, and it appearing that the time to so answer has expired,

NOW THEREFORE, it is hereby certified that default by Defendant, Jeric S. Devela is entered pursuant to Rune 55(a) of the Federal Rules of Civil Procedure.

Clerk, U.S. District Court for the Middle District of Pennsylvania

By:_____PETER WELSH_____

Date:_____12/21/21_____