# EXHIBIT D

| **Total Cards Agreed To:** | | 600 | |
|---|---|---|---|
| **Card** | **Hashrate** | **Ratio Multipler** | |
| **AMD 5700 XT (New Cards)** | 58 | 1.933333333 | |
| **AMD 570 (Current Cards)** | 30 | | |

| **Current ETH Price** | $ | 3,000.00 |
|---|---|---|
| **5700 XT Elect Per Card - Per Day** | $ | 0.22464 |
| **Estimated Electric Per Month** | $ | 4,098.78 |

| Month | Our Cards Active | Actual ETH Coins Mined | Coins Per GPU Card | 5700 Multiplier | 5700 Coins per Card | Est. Cards Up | 5700 Cards | Missed Coins | Missed Revenue | Electric | Missed Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr-2021 | 6250 | 255.85 | 0.040936 | 1.933333333 | 0.079142933 | 50% | 300 | 23.74288 | $ 71,228.64 | $ 2,049.39 | $ 69,179.25 |
| May-2021 | 6300 | 231.92 | 0.036812698 | 1.933333333 | 0.071171217 | 100% | 600 | 42.70273016 | $ 128,108.19 | $ 4,098.78 | $ 124,009.41 |
| Jun-2021 | 6350 | 156.76 | 0.024686614 | 1.933333333 | 0.047727454 | 100% | 600 | 28.63647244 | $ 85,909.42 | $ 4,098.78 | $ 81,810.64 |
| Jul-2021 | 6350 | 175.88 | 0.027697638 | 1.933333333 | 0.053548766 | 100% | 600 | 32.12925984 | $ 96,387.78 | $ 4,098.78 | $ 92,289.00 |
| Aug-2021 | 6325 | 143.31 | 0.022657708 | 1.933333333 | 0.043804901 | 100% | 600 | 26.28294071 | $ 78,848.82 | $ 4,098.78 | $ 74,750.04 |
| Sep-2021 | 6300 | 80.63 | 0.012798413 | 1.933333333 | 0.024743598 | 100% | 600 | 14.84615873 | $ 44,538.48 | $ 4,098.78 | $ 40,439.69 |
| **Total** | | | | | | | | **168.3404419** | **$ 505,021.33** | **$ 22,543.30** | **$ 482,478.03** |