IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL EGG INVESTMENTS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>GREEN STANDARD NEW TECHNOLOGY SOLUTIONS, LLC, JERIC S. DEVELA, and CHARLES YANEZ,<br><br>      Defendants. | Civil Action – Law<br><br>No. 21cv1762 |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT FOR A SUM CERTAIN AS TO DEFENDANTS GREEN STANDARD NEW TECHNOLOGY SOLUTIONS, LLC, AND JERIC S. DEVELA PURSUANT TO FED. R. CIV. P. 55(b)(1)**

AND NOW, this _____ day of _____, 2022, upon the Motion for Default Judgment for a Sum Certain as to Defendants Green Standard New Technology Solutions, LLC, and Jeric S. Devela pursuant to Fed. R. Civ. P. 55(b)(1) ("Motion") filed by Digital Egg Investments, LLC ("Plaintiff") and the Affidavit in Support thereof, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and it is further

ORDERED that the judgment is entered by default against Defendants Green Standard New Technology Solutions, LLC, and Jeric S. Devela, jointly and severally, in the amount of $621,580.03 as of September 22, 2021.

                BY THE COURT:

                _____
                HON. SYLVIA H. RAMBO
                UNITED STATES DISTRICT COURT JUDGE