**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DIGITAL EGG INVESTMENTS, LLC

                        Plaintiff,

    v.

GREEN STANDARD NEW TECHNOLOGY
SOLUTIONS, LLC,  JERIC S. DEVELA,
and CHARLES YANEZ,

                      Defendants.

Civil Action – Law

No. 21cv1762

## CERTIFICATION OF SERVICE

I, Erin H. Conroy, hereby certify that on January 14, 2022, I caused a true and correct copy of the Motion For Default Judgment For A Sum Certain As To Defendants Green Standard New Technology Solutions, Llc And Jeric S. Devela Pursuant To Fed. R. Civ. P. 55(b)(1) to be served upon the parties in the following manner as indicated on the attached service list.

Dated: January 14, 2022

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

/s/ Erin H. Conroy
Erin H. Conroy
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel:  (412) 562-8800
Fax:  (412) 562-1041
Email: erin.conroy@bipc.com
*Attorneys for Digital Egg Investments, LLC*

Service List:

Via UPS Overnight Mail:

Green Standard New Technology Solutions, LLC
c/o Frank Tsaur, Registered Agent
407 Vista Rambla
Walnut, CA  91789-2130

Jeric S. Devela
21250 Fibre Court
Walnut, CA  91789