AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**
**JUDGMENT IN A CIVIL CASE**

Digital Egg Investments, LLC                                         Case No: 1:21-CV-1762
    Plaintiff

          V.

Green Standard New Technology Solutions, LLC and Jeric S. Devela
    Defendants

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered by default against Defendants Green Standard New Technology Solutions, LLC, and Jeric S. Devela, jointly and severally, in the amount of $621,580.03 as of September 22, 2021.

**Date:**  January 20, 2022        **Peter Welsh, Clerk of Court**

        /s/ Mark J. Armbruster
        Deputy Clerk